FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 18 2016
JAMES W. McCORMACK, CLERK
By: ______ DEP CLERK

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **No. 4:15-cr-99-DPM**

**ANDRE DEMETRIUS SMALLEY** **DEFENDANT**

# ORDER

Smalley has written to the Court again about his appointed lawyer. The Court directs the Clerk to file the attached letter *ex parte* and under seal because it contains information about the attorney-client relationship. The Court has scheduled a hearing on Gray's motion to withdraw, *№ 47*, for 6 December 2016. Smalley can ventilate his complaints at that hearing. Until then, he should speak to the Court through his lawyer only and not through letters.

So Ordered.

D.P. Marshall Jr.
United States District Judge

18 October 2016